UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARKELL JACKSON, | Case No.  2:26-cv-04029-HDV (DSRx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| NATIONAL LIFE INSURANCE COMPANY; LIFE INSURANCE COMPANY OF THE SOUTHWEST; NATIONAL LIFE GROUP; and DOES 1-10, | **JS-6** |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: June 9, 2026

_____
Hon. Hernan D. Vera
United States District Court Judge

4905-9330-5775 v1

1

Case No. 2:26-cv-04029-HDV (DSRx)
ORDER GRANTING STIPULATION TO
DISMISS THE ENTIRE ACTION WITH
PREJUDICE